IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE LEE BROOKS, II,

    Plaintiff,　　　　　　　　No. CIV S-07-0684 FCD KJM P

  vs.

MULE CREEK STATE PRISON,

    Defendant.　　　　　　　　ORDER

                               /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On May 30, 2007, plaintiff was directed to submit an application to proceed in forma pauperis.  On June 26, 2007, plaintiff filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint or obtained the certification required on the application form.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

        Plaintiff has filed several other motions.  On June 26, 2007, he filed a request for an extension of time, but it is unclear whether he is seeking additional time to file his application to proceed in forma pauperis or some other motion.  In light of the court's determination to give him additional time to file his application, this motion is denied as moot.

1

1  In addition, on May 10, July 9 and July 16, 2007, plaintiff filed motions for a
2 court order directing the prison to provide him with kosher meals and/or to transfer him to Mule
3 Creek State Prison.  Because plaintiff has not yet paid the filing fee nor submitted the necessary
4 documents to proceed in forma pauperis, the court cannot determine whether his underlying
5 action will go forward.  These motions are denied without prejudice.
6  Finally, plaintiff has filed a motion for a court order directing the prison to
7 provide a copy of his certified trust account statement, but has provided nothing showing when
8 he made the request or what steps he has taken to secure the necessary documentation.
9  In accordance with the above, IT IS HEREBY ORDERED that:
10  1. Plaintiff's June 26, 2007 motion for extension of time to file an application to
11 proceed in forma pauperis is denied as moot;
12  2. Plaintiff's requests for kosher meals and for a transfer (documents 8, 19 & 20)
13 are denied without prejudice;
14  3. Plaintiff's request for an order directing prison officials to provide the certified
15 copy of his trust account statement (document 14) is denied without prejudice;
16  4. Plaintiff shall submit, within thirty days from the date of this order, a certified
17 copy of his prison trust account statement for the six month period immediately preceding the
18 filing of the complaint and the certification required on the application form.  Plaintiff's failure
19 to comply with this order will result in a recommendation that this action be dismissed without
20 prejudice; and
21  5. The Clerk of the Court is directed to send plaintiff a new Application to
22 Proceed In Forma Pauperis By a Prisoner.
23 DATED: July 26, 2007.

_____
U.S. MAGISTRATE JUDGE

25 2/mp broo0684.3e