1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT FOR THE

9                                 EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIE LEE BROOKS, II,                          1:07-cv-01356-OWW-WMW-(PC)

12            Plaintiff,                             ORDER GRANTING FIRST MOTION
                                                    TO EXTEND TIME TO FILE FIRST
13        vs.                                        AMENDED COMPLAINT

14   MULE CREEK STATE PRISON,                       (DOCUMENT #33)

15            Defendants.                            DAY DEADLINE

16   _____/

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On July 30, 2008,  plaintiff filed a motion to extend time to file first amended complaint.

19   Good cause having been presented to the court and GOOD CAUSE APPEARING

20   THEREFOR, IT IS HEREBY ORDERED that:

21          Plaintiff is granted thirty (30) days from the date of service of this order in which to file

22   first amended complaint.

23

24   IT IS SO ORDERED.

25   Dated:    August 1, 2008            _____/s/  William M. Wunderlich_____
                                         UNITED STATES MAGISTRATE JUDGE
26

27

28